**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **RAMON SENA-ALCANTARA,** | |
| *Plaintiff*, | |
| **v.** | Civ. No. 26-01180 (MAJ) |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,** | |
| *Defendants.* | |

**JUDGMENT**

In accordance with the Order entered at ECF No. 50, judgment is entered **DISMISSING** this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of April, 2026.

/s/ María Antongiorgi-Jordán
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**